# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-564-129**

Effective date of registration:

December 14, 2010

Page 1 of 1

## Title
**Title of Work:** The Good Doctor

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** Tesuco Holdings Limited
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Tesuco Holdings Limited
c/o Greenberg Traurig, attn: Lisa Nitti, 2450 Colorado Ave. #400E, Santa Monica, CA, 90404, United States

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay
**Previous registration and year:** PAu3-442-518   2009
**New material included in claim:** production as a motion picture

## Certification
**Name:** Irwin M. Rappaport
**Date:** December 13, 2010

**Correspondence:** Yes

Page 1 of 1

# EXHIBIT B

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No | IP Address | GUID | P2PClient | HitDateUTC (N | DossierNumb | Title | RightsOwner | FileName | FileHash | ISP | Region | city |
| 1 | 96.60.44.9 | 2D555433323 | µTorrent 3.2.3 | 04/13/2013 0 | S0054-000008 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | TDS Telecom | Wisconsin | Mosinee |
| 2 | 24.197.250.23 | 2D555433323 | µTorrent 3.2.3 | 04/06/2013 0 | S0054-000008 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | La Crosse |
| 3 | 98.125.122.17 | 2D555433323 | µTorrent 3.2.3 | 03/21/2013 0 | S0054-000006 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | CenturyLink | Wisconsin | Tomah |
| 4 | 50.50.90.66 | 2D555433323 | µTorrent 3.2.0 | 03/03/2013 0 | S0054-000002 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Frontier Communicatio | Wisconsin | Pardeeville |
| 5 | 69.131.182.18 | 2D415A34383 | Vuze 4.8.1.2 | 02/25/2013 1 | S0054-000003 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | TDS Telecom | Wisconsin | Medford |
| 6 | 68.113.246.74 | 2D554D31383 | µTorrent Mac | 02/14/2013 0 | S0054-000004 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | Middleton |
| 7 | 69.129.196.10 | 2D555433323 | µTorrent 3.2.3 | 02/09/2013 1 | S0054-000005 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | TDS Telecom | Wisconsin | Madison |
| 8 | 97.86.33.48 | 4D372D372D3 | BitTorrent 7.7 | 01/28/2013 0 | S0054-000006 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | Rhinelander |
| 9 | 24.183.44.31 | 2D555433323 | µTorrent 3.2.2 | 01/27/2013 0 | S0054-000006 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | Baraboo |
| 10 | 71.95.94.168 | 2D555433323 | µTorrent 3.2.3 | 01/22/2013 0 | S0054-000006 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | Eau Claire |
| 11 | 24.240.61.110 | 4D372D372D3 | BitTorrent 7.7 | 01/20/2013 1 | S0054-000006 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | Janesville |
| 12 | 199.89.62.133 | 2D555433323 | µTorrent 3.2.3 | 01/20/2013 0 | S0054-000006 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Packerland Broadband | Wisconsin | Pittsville |
| 13 | 97.91.73.78 | 2D545232373 | Transmission : | 01/18/2013 0 | S0054-000007 | The Good Doc | VOLTAGE | [ www.UsaBit. | SHA1: 4DDD3 | Charter Communication | Wisconsin | Schofield |