13-CV-274
Amended Complaint Exhibit B

| | IP Address | Title | FileHash | ISP | city | Province |
|---|---|---|---|---|---|---|
| 1 | 96.60.44.9 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | TDS Telecom | Mosinee | Marathon |
| 2 | 24.197.250.234 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | La Crosse | La Crosse |
| 3 | 98.125.122.17 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | CenturyLink | Tomah | Monroe |
| 4 | 50.50.90.66 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Frontier Communications | Pardeeville | Columbia |
| 5 | 69.131.182.180 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | TDS Telecom | Medford | Taylor |
| 6 | 68.113.246.74 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | Middleton | Dane |
| 7 | 69.129.196.109 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | TDS Telecom | Madison | Dane |
| 8 | 97.86.33.48 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | Rhinelander | Oneida |
| 9 | 24.183.44.31 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | Baraboo | Sauk |
| 10 | 71.95.94.168 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | Eau Claire | Eau Claire |
| 11 | 24.240.61.110 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | Janesville | Rock |
| 12 | 199.89.62.133 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Packerland Broadband | Pittsville | Wood |
| 13 | 97.91.73.78 | The Good Doctor | SHA1: 4DDD351661C5C6465D90FC1F0FC17A993AE6A39D | Charter Communications | Schofield | Marathon |